IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN STUD & COMPONENTS, INC. | | PLAINTIFF |
| v. | 4:07CV00593-WRW | |
| AMERICAN EAGLE DESIGN BUILD STUDIOS, L.L.C., *et al.* | | DEFENDANTS |

## ORDER

Pending is Plaintiff's Motion To Conduct Limited Jurisdictional Discovery (Doc. No. 79). Defendants CEI Corporation and Salvatore Carabetta have responded (Doc. No. 80). Also pending is Defendants CEI Corporation's and Salvatore Carabetta's Motion for Order Limiting Jurisdictional Discovery (Doc. No. 80). Plaintiff's Motion (Doc. No. 79) is GRANTED. Defendants' Motion (Doc. No. 80) is DENIED at this time.

Plaintiff may proceed with jurisdictional discovery. Plaintiff is directed to seek discovery initially through interrogatories and requests for production. If Plaintiff is unable through written discovery to obtain the information it seeks, Plaintiff is directed to inform the Court. Plaintiff is directed to complete its discovery by Monday, May 12, 2008. Plaintiff is directed to supplement the record by 5:00 p.m. on Monday, May 26, 2008, in the form of a revised answer to Defendants CEI Corporation's and Salvatore Carabetta's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 63) -- only in connection with the jurisdiction issue.

IT IS SO ORDERED this 12th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE