### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**United States of America,**
**For the Use of SOUTHEASTERN**
**STUD & COMPONENTS, INC.**                                   **PLAINTIFF**

**v.**                              **4:07-CV-00593-WRW**

**AMERICAN EAGLE DESIGN BUILD**                               **DEFENDANTS**
**STUDIOS, LLC, et al.**

## ORDER

Pending is Plaintiff's Partial Motion to Dismiss with Prejudice (Doc. No. 91) in which Plaintiff informed the Court that it has fully settled and compromised all claims and causes of action asserted in this lawsuit against Defendant Arch Insurance Company. Accordingly, Plaintiff asks the Court that all claims and causes of action against Defendant Arch Insurance Company be dismissed with prejudice. Plaintiff's Motion is GRANTED. Neither Plaintiff's Motion nor this Order affect Plaintiff's claims, causes of action, and rights to proceed against the remaining Defendants in this lawsuit.

IT IS ORDERED this 27th day of May, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE