# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SOUTHEASTERN STUD & COMPONENTS, INC.**                              **PLAINTIFF**

**v.**                                    **4:07CV00593-WRW**

**AMERICAN EAGLE DESIGN BUILD STUDIOS, L.L.C.,** *et al.*             **DEFENDANTS**

## ORDER

In its First Amended Response to Defendant Carabetta's and Defendant CEI's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 94), Plaintiff pointed out that several emails produced by Defendants during limited jurisdictional discovery were redacted, even though there was no indication that the emails were privileged.[1] Plaintiff asked that the Court, before ruling on Defendants' Motion, order Defendants to produce the unredacted emails for the Court's review *in camera* to determine if the emails are privileged.[2] If the emails are not privileged, Plaintiff asks the Court to order Defendants to provide Plaintiff with the unredacted emails.[3]

I will review the redacted emails *in camera*. Defendants are directed to submit the unredacted emails to the Court by 5:00 p.m., Wednesday, July 23, 2008.

IT IS SO ORDERED this 14th day of July, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 94.

[2] *Id.*

[3] *Id.*