**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SOUTHEASTERN STUD & COMPONENTS, INC.**                                **PLAINTIFF**

**v.**                                    **4:07CV00593-WRW**

**AMERICAN EAGLE DESIGN BUILD**                                          **DEFENDANTS**
**STUDIOS, LLC, et al.**

## ORDER

Defendant Shaw Infrastructure's motion to extend the deadline for its rebuttal expert witness report (Doc. No. 187) is GRANTED. The deadline is extended to 5 p.m., Monday, October 25, 2010.

IT IS SO ORDERED this 17th day of September, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE