**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**September 17, 2010**

Mr. Michael L. Hood
Haynes and Boone, LLP - Dallas
One Victory Park
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673

    Re:    Southeastern Stud & Components Inc v. American Eagle Design Build Studios LLC et al, 4:07-CV-593, Motion to Compel (Doc. No. 183).

Dear Mr. Daughtery,

It seems to me that it would be meet and proper if the documents requested by the Defendant could be produced by next Thursday, September 23, 2010 at noon.

If there is any problem with production by that please advise me and opposing council by noon, next Monday, September 20, 2010.

                        Cordially,

                        /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record