# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, FOR THE USE OF | § § § | |
| SOUTHEASTERN STUD & COMPONENTS, INC. | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. |
| AMERICAN EAGLE DESIGN BUILD STUDIOS, LLC | § § § | **4:07CV00593-WRW** |
| AND | § § | |
| AMERICAN EAGLE COMMUNITIES, LLC, SALVATORE R. CARABETTA, LITTLE ROCK FAMILY HOUSING LLC AND SHAW INFRASTRUCTURE, INC. | § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the Joint Motion to Dismiss with Prejudice (Doc. No. 202) finds that it should be granted. Therefore, it is

ORDERED that all of the claims and causes of action brought by Plaintiff Southeastern Stud & Components, Inc. ("SES") against Defendants American Eagle Design Build Studios, LLC ("AEDBS"), American Eagle Communities, LLC ("AEC"), Little Rock Family Housing, LLC ("LRFH"), Salvatore Carabetta ("Carabetta") and Shaw Infrastructure, Inc. ("Shaw") (AEDBS, AEC, LRFH, Carabetta and Shaw are collectively referred to as "Defendants") are DISMISSED with prejudice to the refiling of same; it is further

ORDERED that claims and causes of action brought by Defendants against SES are hereby DISMISSED with prejudice to the refiling of same; it is further

ORDERED that each party is to bear its own costs and attorneys' fees; and it is further

ORDERED that this case is DISMISSED with prejudice on account of settlement.

IT IS SO ORDERED this 28th day of October, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE